IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of<br>TUTOR-SALIBA/KOCH/TIDEWATER JV,<br><br>    Plaintiff,<br><br>For Exoneration from or Limitation of<br>Liability.<br>_____/ | No. C 05-04043 WHA<br><br>**ORDER** |

       If plaintiff has not resolved completely all state-court proceedings related to the above-captioned case by September 28, 2006, they shall notify the Court of that fact by noon, September 29. The Court will then set a status conference. At present, the Court believes that it would lift the abatement of the instant action if the state action is not resolved by then.

       This order supercedes the portion of the order of December 13, 2005, that stated that the above-captioned case was abated until San Francisco Superior Court action *Banez v. Tutor-Saliba/Koch/Tidewater*, No. CGC-05-439790, is tried to final judgment or otherwise resolved. The rest of the December 13 order remains in force, including the requirement that plaintiff's counsel submit status reports on *Banez* every three months.

    **IT IS SO ORDERED.**

Dated: January 6, 2006

                                                 WILLIAM ALSUP<br>
                                                 UNITED STATES DISTRICT JUDGE