United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re Complaint of
TUTOR-SALIBA/KOCH/TIDEWATER JV,

    Plaintiff.
                                               /

No. C 05-04043 WHA

**ORDER RE FAILURE TO FILE REPORT**

    On December 13, 2005, the Court ordered counsel for plaintiff in the above-entitled action to "submit a status report on *Banez v. Tutor-Saliba/Koch/Tidewater*, case No. CGC-05-439790, every three months" from that date. The report due yesterday was not filed. **IF THE REPORT IS NOT FILED BY FRIDAY, MARCH 17, 2006, THIS ACTION WILL BE DISMISSED FOR FAILURE TO PROSECUTE**. The second report will remain due June 13, 2006.

    **IT IS SO ORDERED.**

Dated: March 14, 2006

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE