IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of<br>TUTOR-SALIBA/KOCH/TIDEWATER JV,<br><br>    Plaintiff,<br><br>For Exoneration from or Limitation of<br>Liability.<br>                                                     / | No. C 05-04043 WHA<br><br>**ORDER RE FAILURE TO FILE STATUS REPORT** |

On December 13, 2005, the Court ordered counsel for plaintiff in the above-entitled action to "submit a status report on *Banez v. Tutor-Saliba/Koch/Tidewater*, case No. CGC-05-439790, every three months" from that date. Plaintiff has not filed a status report March 26, 2007. **IF THE REPORT IS NOT FILED BY WEDNESDAY, AUGUST 23, 2007, THIS ACTION WILL BE DISMISSED FOR FAILURE TO PROSECUTE**.

    **IT IS SO ORDERED.**

Dated: August 14, 2007.

                                                  WILLIAM ALSUP<br>
                                                  UNITED STATES DISTRICT JUDGE